STATE OF NEBRASKA, APPELLEE, V. HOMER RAY MCPHERSON, APPELLANT.
453 N.W.2d 745

Filed April 20, 1990. No. 89-060.

Stephen A. Scherr, of Whelan & Scherr, P.C., for appellant.

Robert M. Spire, Attorney General, and Donald E. Hyde for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, the court notes plain error as to the enhancement of the sentence, in that the record fails to disclose that defendant was represented by counsel at the time of the second conviction; therefore, the sentence is vacated, and the cause is remanded to the district court for resentencing.

SENTENCE VACATED, AND CAUSE REMANDED FOR RESENTENCING.